IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| ACCO BRANDS, INC. | § | |
| Vs. | § | CIVIL ACTION NO. 2:02-CV-112 |
| ABA LOCKS MANUFACTURER LTD. AND BELKIN COMPONENTS | § | |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

This patent infringement case was tried to a jury on issues of liability and damages, and then to a second jury on the issue of damages. The defendants were found liable for willful infringement of two United States Patents on indirect theories of infringement. The jury failed to find invalidity of the patents, but the court determined that one patent was invalid over the prior art. The court failed to find that the patent applicant committed inequitable conduct. Based on the findings of the jury and the legal holdings of the court, the court now renders final judgment and issues a permanent injunction.

The jury having determined that the defendants, ABA Locks Manufacturer Ltd. and Belkin Components, have willfully induced the infringement of claims 1, 3, 10 and 13 of United States Patent No. 5,502,989 ("the '989 patent"), the court having determined that enhanced damages are appropriate, and the jury having failed to find the asserted claims of the '989 patent invalid, it is therefore ORDERED, ADJUDGED AND DECREED that the plaintiff, Acco Brands, Inc. dba Kensington Technology Group ("Acco"), have and recover from defendant ABA Locks Manufacturer, Ltd., the sum of Five Million Four Hundred Sixty-Six Thousand Dollars and Zero

Cents ($5,466,000.00) and from Belkin Components, the sum of Five Hundred Six Thousand Dollars and Zero Cents ($506,000.00), both amount inclusive of enhancement. The court further awards prejudgment interest (computed only on the amount of actual damages found against each defendant) in the sum of Five Hundred Sixty-Seven Thousand Nine Hundred Ninety-Nine Dollars and Sixty-Six Cents ($567,999.66) against defendant ABA Locks Manufacturer, Ltd. and Twenty-One Thousand Seven Hundred Nine Dollars and Forty-Eight Cents ($21,709.48) against defendant Belkin Components.

The total amount awarded against ABA Locks Manufacturer, Ltd. is Five Million Five Hundred Twenty-Two Thousand Seven Hundred Ninety-Nine Dollars and Sixty-Six Cents ($5,522,799.66). The total amount awarded against Belkin Components is Five Hundred Twenty-Seven Thousand Seven Hundred Nine Dollars and Forty-Eight Cents ($527,709.48).

IT IS FURTHER ORDERED that

ABA Locks Manufacturer, Ltd., Belkin Components, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice hereof, through personal service or otherwise, are permanently enjoined pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d) from making, using, importing for sale, offering to sell or selling in the United States, the accused Key Lock product and all other products that are only colorably different therefrom in the context of the claims found to be infringed, and from otherwise infringing or inducing others to infringe claims 1, 3, 10 and 13 of United States Patent No. 5,502,989. This injunction shall run until the expiration of the '989 patent.

The plaintiff is also awarded its attorneys' fees and costs.

All other pending motions, save and except those seeking to exceed page limits, are denied

as moot.  Any motion for leave to exceed the page limits is granted.

    SIGNED this 28th day of March, 2006.

                                                                                 T. JOHN WARD
                                                                                 UNITED STATES DISTRICT JUDGE